**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01280-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-J**

## ORDER

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart

Before the Court is relator's supplement to the petition for writ of mandamus filed in cause number 05-15-01169-CV, *In re Amir-Sharif*. Because the Court disposed of cause number 05-15-01169-CV before receiving relator's supplement, we treat the supplement as a new petition for writ of mandamus. Based on the Court's opinion of this date, we **DENY** the petition. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
          JUSTICE